In the Matter of the Application of GEORGE M. ESTABROOK, Appellant, for an Order of Mandamus against W. TAYLOR CHAMBERLAIN, Mayor, and Others, as Trustees Constituting the Board of Trustees of the Village of Hempstead, Nassau County, New York, and Others, Respondents.— On reargument: Order denying motion for a peremptory mandamus order unanimously affirmed, without costs, as a matter of law and not in the exercise of discretion. The building zone ordinance was duly adopted. Order denying motion for resettlement of order of November 15, 1932, affirmed, without costs. Appeal from order denying motion for reargument of motion for peremptory mandamus order dismissed. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. [See *ante*, p. 840.]

In the Matter of the Petition of EMMA E. HAAR, Appellant, to Render and Settle Her Account as Administratrix with the Will Annexed of All and Singular the Goods, Chattels and Credits Which Were of GEORGE HAAR, Deceased. LESTER F. J. MOLLER and Others, as Executors, etc., of ANNIE J. HAAR, Deceased, Respondents.*— That part of the decree of the Surrogate's Court of Kings county which confirmed the report of the referee and allowed the claim of the executors of the last will and testament of Annie J. Haar, deceased, to the extent of $5,298.92, with interest from January 12, 1932, reversed on the law and the facts and said claim disallowed, with costs to the appellant out of the estate of Annie J. Haar, deceased. In our opinion, the burden was on the representatives of Annie J. Haar to prove the claim of her estate, which burden did not shift and was not sustained by the proofs. In all other respects the decree is unanimously affirmed. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of SEBASTIAN HOH, Late of Queens County, Deceased. KATHRYN HOH and LOUISE C. HARTMAN, Appellants; EMIL C. A. HOH, as Executor, etc., of SEBASTIAN HOH, Deceased, Respondent.— Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ. [147 Misc. 498.]

In the Matter of Supplementary Proceedings: WILLIAM P. KLEIBOR and AUGUST HANSTEIN, Doing Business as THORNWOOD SHEET METAL WORKS, as Assignee of a Judgment Obtained by HOMESTEAD CONSTRUCTION COMPANY, INC., Judgment Creditors, Respondents, v. MARIE DORETTE EDWARDS, Judgment Debtor, and WESTCHESTER COUNTRY CLUB, INC., Third Party, Appellant.— Order denying motion of Westchester Country Club, Inc., to vacate an order directing it, by one of its officers, to appear for examination, and to produce certain books and records, affirmed, with ten dollars costs and disbursements. The order may provide for compliance with the order appealed from on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.